```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/21/2020
```

**MEMO ENDORSED**

# GLASS HARLOW & HOGROGIAN LLP
ATTORNEYS AND COUNSELORS AT LAW
A Limited Liability Partnership
ONE BLUE HILL PLAZA, #1509
PEARL RIVER, NY 10965
212-537-6859
FAX NO. 845-510-2219

E-mail: bglass@ghnylaw.com

*Bryan D. Glass*
   Partner

December 15, 2020

*Via ECF*
Honorable Nelson S. Román
United States District Judge
Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

> Plaintiff's application is **denied** without prejudice to renew upon making a similar application that conforms to the Court's Emergency Rules. Pursuant to the Court's Emergency Rules, the parties are directed to email copies of their respective papers to Chambers on the date they are served upon their adversary. Chambers is not in receipt of an email containing Plaintiff's motion papers including the letter that Plaintiff seeks to seal. Accordingly, Plaintiff is directed to furnish courtesy email copies to Chambers (including the subject letter) and, afterwards, seek leave to file the subject letter under seal. The Clerk of the Court is respectfully directed to terminate the motion at ECF No. 50.
>
> Dated: 12/21/2020
> White Plains, NY
>
> SO ORDERED:
> /s/ Nelson S. Román
> NELSON S. ROMÁN
> United States District Judge

        **Re: Marsilio Langella v. Mahopac Central School District et al.,**
           **18 Civ. 10023 (NSR)**
           **Request for Seal Attachment to Opposition Brief**

Dear Judge Roman:

    I am attorney for Plaintiff Marsilio Langella in the above-referenced action. Please find two courtesy copies of Plaintiff's Memorandum of Law in Opposition to Defendants' Motion to Dismiss the Second Amended Complaint served on Defendants on December 11, 2020.

    Enclosed with Plaintiff's Memorandum of Law is a copy of the March 18, 2018 letter as received by Principal Vaillancourt of Kennedy High School, which is referenced in the Memorandum of Law. Plaintiff included a copy of the letter as it clearly shows the defamatory nature of the letter and its attachments. Plaintiff respectfully requests permission to file the letter and its attachments under seal to prevent any further damage to Mr. Langella's reputation based on the defamatory allegations in the letter which Mr. Langella disputes.

    Thank you very much for your consideration of this request.

                                  Respectfully submitted,

                          By:   */s/ Bryan Glass*
                                 Bryan D. Glass, Esq.

c: Karen C. Rudnicki, Esq., Attorney for Defendants