# GLASS HARLOW & HOGROGIAN LLP

ATTORNEYS AND COUNSELORS AT LAW
A Limited Liability Partnership
ONE BLUE HILL PLAZA, #1509
PEARL RIVER, NY 10965
212-537-6859
FAX NO. 845-510-2219

*Bryan D. Glass*
Partner

E-mail: bglass@ghnylaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/29/2020

**MEMO ENDORSED**

December 29, 2020

Via Email RomanNYSDChambers@nysd.uscourts.gov
Honorable Nelson S. Román
United States District Judge
Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

Plaintiff's letter motion is GRANTED. The referenced letter and exhibits will be filed under seal. The Clerk of the Court is kindly directed to terminate the motion at ECF No. 58.

Dated: 12/29/2020
White Plains, NY

SO ORDERED:

*/s/ Nelson S. Román*
NELSON S. ROMÁN
United States District Judge

**Re: Marsilio Langella v. Mahopac Central School District et al.,
18 Civ. 10023 (NSR)
Request for Seal Attachment to Opposition Brief**

Dear Judge Roman:

I am attorney for Plaintiff Marsilio Langella in the above-referenced action. In anticipation of filing Plaintiff's Memorandum of Law in Opposition to Defendants' Motion to Dismiss the Amended Complaint, Plaintiff respectfully requests permission to file the March 18, 2018 letter under seal.

Enclosed with Plaintiff's Memorandum of Law is a copy of the March 18, 2018 letter as received by Principal Vaillancourt of Kennedy High School, which is referenced in the Memorandum of Law. Plaintiff included a copy of the letter as it clearly shows the defamatory nature of the letter and its attachments. Plaintiff respectfully requests permission to file the letter and its attachments under seal to prevent any further damage to Mr. Langella's reputation based on the defamatory allegations in the letter which Mr. Langella disputes.

Thank you very much for your consideration of this request.

Respectfully submitted,

By: *s/ Bryan Glass*
Bryan D. Glass, Esq.

Case 7:18-cv-10023-NSR   Document 61   Filed 12/29/20   Page 2 of 2

c:  Karen C. Rudnicki, Esq., Attorney for Defendants